**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6023**

_____

EARL J. MORGAN, III,

        Plaintiff - Appellant,

    v.

R. K. LEWIS, HCC Captain; J. W. KING, HCC Sergeant; DOBYNS, Sergeant; TUPPONS, HCC Corr. Officer; BRYANT, HCC Corr. Officer; S. W. ALLEN, HCC Hearing Officer; D. R. DUGGER, GRCC Hearing Officer; JOYCETINE BOONE, GRCC Assist. Warden; A. DAVID ROBINSON, Regional Director; ELLIOT, Corr. Officer,

        Defendants – Appellees,

   and

PATRICK J. GURNEY, HCC Assist. Warden; DANIEL T. MAHON, HCC Warden,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:11-cv-01150-JCC-TCB)

_____

Submitted: February 26, 2013      Decided: March 1, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Earl J. Morgan, III, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl J. Morgan, III appeals the district court's order denying relief on Morgan's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morgan v. R. Lewis, No. 1:11-cv-01150-JCC-TCB (E.D. Va. Dec. 19, 2012). We also deny Morgan's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3